IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Tito Knox, | ) | |
| | ) | C.A. No. 6:20-00228-HMH-PJG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Elizabeth G. Magera; Sergio A. Sanchez MD, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

After receiving objections filed by Plaintiff Tito Knox ("Knox"), the court adopted the

Report and Recommendation of the magistrate judge and dismissed this matter on March 4,

2020. (March 4, 2020 Order, ECF No. 20.) Subsequent to issuing this order, the court received

a "supplement" from Knox. (Suppl., ECF No. 23.) After a thorough review, the supplement

does not alter the court's analysis in its March 4, 2020 Order.

It is therefore

**ORDERED** that this matter is summarily dismissed with prejudice and without issuance

and service of process.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
March 9, 2020

## NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.